MOLLIE SCHWARTZ, Appellant, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and Martin, JJ., dissent.

A. L. GUIDONE & SON, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMTORG TRADING CORPORATION, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Mal ey, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of LIVINGSTON PLATT, as Executor, etc., of ALICE C. MARTIN, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BOULDER REALTY CORPORATION, Respondent, v. ECONOMY ELECTRIC METER CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS F. REDDY, Appellant, v. JOSEPH J. B. LAMARSH and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AGATHA COCO, Respondent, v. DAVID C. LEE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BETTY BERMAN, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT DENISON, Respondent, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with JOSEPH J. B. LA MARSH and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY GLASER and JAMES H. JORDON, Appellants, v. WALTER R. BRAILSFORD and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present— Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOTION PICTURE GUILD, INC., v. LUMAS FILM CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant, within five days from service of the order to be entered hereon with notice of entry thereof, file an undertaking to secure the judgment herein, in which case extension of time to make and file case on appeal will be granted. Settle order on notice. Present— Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.